SCOTT N. JOHNSON, SBN 166952
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone: (916) 485-3516
Facsimile: (916) 481-4224

Attorneys for Plaintiff

MARTIN H. ORLICK, SBN  83908
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
Telephone: (415) 398-8080
Facsimile:  (415) 398-5584

Attorneys for Defendant
Vicorp Restaurants, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HOWE & UNIVERSITY, LLC,  a California Limited Liability Company; VICORP RESTAURANTS, INC., Individually and dba BAKERS SQUARE; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.    07-CV-0105-MCE-DAD<br><br>STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT VICORP RESTAURANTS, INC. TO FILE A RESPONSE TO CIVIL COMPLAINT ; ORDER THEREON |

TO THE COURT AND ALL PARTIES:

Plaintiff, Scott N. Johnson ("Plaintiff") and defendant, Vicorp

Restaurants, Inc., (collectively, the "Parties"), by and through their counsel, hereby stipulate that specially appearing Vicorp Restaurants, Inc. ("Defendant"), for itself and no others, be allowed a thirty (30) day extension of time to file its response pleading to the Complaint.  Defendant's response will become due on or before March 16, 2007.

All Parties have not been served with process at this time. The Parties are in meaningful settlement negotiations.

DATED: February 6, 2007                    By: /s/ Scott N. Johnson
                                           SCOTT N. JOHNSON, ESQ.
                                           Attorney for Plaintiff, SCOTT N. JOHNSON


DATED:  February 6, 2007                   JEFFER, MANGELS, BUTLER & MARMARO


                                           By: /s/ Martin H. Orlick
                                           MARTIN H. ORLICK, ESQ.
                                           Attorneys for Defendant  VICORP RESTAURANTS, INC


*** ORDER***

IT IS SO ORDERED:

Defendant Vicorp Restaurants, Inc. be allowed to file its responsive pleading on or before March 16, 2007.

DATED: February 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REQUEST FOR EXTENSION            07-CV-00105-MCE-DAD