UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>HOWE & UNIVERSITY, LLC, a California limited liability company, and VICORP RESTAURANTS, INC., doing business as BAKERS SQUARE,<br><br>      Defendants.<br>_____/ | No. 2:07-cv-0105-MCE-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 9, 2007.

///

///

///

///

///

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.

Dated: February 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE